# United States District Court
## District of Nevada

Chambers of
James C. Mahan
United States District Judge



Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South - Suite 6085
Las Vegas, Nevada 89101
Telephone: (702) 464-5520
Fax: (702) 464-5521

August 1, 2006

Honorable Ortie D. Smith, Chair
Judicial Conference of the United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:            **Calendar Year 2005 Financial Disclosure Report Filing**

Dear Judge Smith:

I received your letter dated July 14, 2005, requesting additional information with regard to my 2005 financial disclosure report filing.

The following information is provided pursuant to the committee's request:

**Financial Disclosure Report for Year 2005**

**Part VII, page 15, line 201:**

Chronos IEA Fund XII was added to my 2004 Financial Disclosure Report by letter to the Committee dated July 25, 2005, amending my report. Chronos IEA Fund XII has not been sold and is still owned by the trust with a Value Code 2 of "J" and a Value Method Code 3 of "T."

**Part VII, page 15, line 202:**

Fleming Companies was added to my 2004 Financial Disclosure Report by letter to the Committee dated July 25, 2005, amending my report. Fleming Companies has not been sold and is still owned by the trust with a Value Code 2 of "J" and a Value Method Code 3 of "T" as reported on my 2005 Financial Disclosure Report.

Judge Ortie D. Smith
August 1, 2006
Page 2

**Part VII, page 2, line 22:**

Bought Taiwan Semiconductor 2/20/04 with a value code of K
Taiwan Semiconductor was not sold until January, 2006 and will be reported on my 2006 report.

**Part VII, page 2, line 23**

Bought Tyson Foods, Inc. 2/09/04 with a value of K.
Sold Tyson Foods, Inc. 3/19/04 with a value of J for a profit value code of A.

This sale was inadvertently omitted from the 2004 report and the report should be amended accordingly.

**Part VII, page 3, line 39:**

Bought Pharmaceutical Resources 4/13/04 with a value of K.
PAR Pharmaceuticals has not been sold.

**Part VII, page 4, line 71:**

Bought Aracruz Celulose SA 10/07/04 with a value code of K.
Sold Aracruz Celulose SA 11/16/04 with a value code of K for a profit code of A as shown on page 5, line79 of my 2005 report.

**Part VII, page 6, line 96:**

Joint Tenancy Account was listed on my 2004 Financial Disclosure Report at line 96 and on my 2005 Report at line 196.

Judge Ortie D. Smith
August 1, 2006
Page 3

**Part VII, page 6, line 106:**

Bought Octel Corp. 4/13/04 with a value code of K.
Sold Octel Corp. 12/31/04 with at a loss of $10,435.47.

This sale was inadvertently omitted from the 2004 report and the report should be amended accordingly

**Part VII, page 7, line 124:**

Bought Ship Finance Intl. Ltd. 12/20/04 with a value code of K.
Ship Finance Intl. Ltd. has not been sold.

Please let me know if additional information is necessary.

Sincerely



United States District Judge

JCM:srb

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MAHAN, James C | U.S.District Court, Nevada | 04/28/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Las Vegas Boulevard South Suite 6085 Las Vegas, Nevada 89101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | F | Interest | P1 | T | Buy/Sell | 12/31 | P1 | F | |
| 2. – AES Corp. | | | | | Bought | 2/04 | K | | |
| 3. – AES Corp. | | | | | Sold | 2/16 | K | A | |
| 4. – Allegheny Tech | | | | | Bought | 7/15 | K | | |
| 5. – Allegheny Tech | | | | | Sold | 7/19 | K | A | |
| 6. – America Movil Series L | | | | | Bought | 8/25 | K | | |
| 7. – America Movil Series L | | | | | Sold | 9/06 | K | B | |
| 8. – America Movil Series L | | | | | Bought | 10/26 | L | | |
| 9. – America Movil Series L | | | | | Sold | 11/02 | L | B | |
| 10. – Apple Computer | | | | | Bought | 3/04 | K | | |
| 11. – Apple Computer | | | | | Sold | 8/12 | K | B | |
| 12. – Banco ITAU Holding | | | | | Bought | 11/18 | J | | |
| 13. – Banco ITAU Holding | | | | | Sold | 12/05 | J | A | |
| 14. – Banco ITAU Holding | | | | | Bought | 11/18 | J | | |
| 15. – Banco ITAU Holding | | | | | Sold | 12/05 | J | A | |
| 16. – Banco ITAU Holding | | | | | Bought | 11/18 | K | | |
| 17. – Banco ITAU Holding | | | | | Sold | 12/05 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type(e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. – Banco ITAU Holding | | | | | Bought | 11/18 | J | | |
| 19. – Banco ITAU Holding | | | | | Sold | 12/05 | J | A | |
| 20. – Banco ITAU Holding | | | | | Bought | 11/18 | J | | |
| 21. – Banco ITAU Holding | | | | | Sold | 12/05 | J | A | |
| 22. -- Cal Dive Intl Inc. | | | | | Bought | 8/30 | K | | |
| 23. -- Cal Dive Intl Inc. | | | | | Sold | 9/29 | K | B | |
| 24. -- Cal Dive Intl Inc. | | | | | Bought | 8/30 | J | | |
| 25. -- Cal Dive Intl Inc. | | | | | Sold | 9/29 | J | A | |
| 26. -- Cal Dive Intl Inc. | | | | | Bought | 8/30 | J | | |
| 27. -- Cal Dive Intl Inc. | | | | | Sold | 9/29 | J | A | |
| 28. -- Cal Dive Intl Inc. | | | | | Bought | 8/30 | J | | |
| 29. -- Cal Dive Intl Inc. | | | | | Sold | 9/29 | J | A | |
| 30. – Cemex SA | | | | | Bought | 9/06 | K | | |
| 31. -- Cemex SA | | | | | Sold | 11/16 | K | B | |
| 32. – Chesapeake Energy Corp. | | | | | Bought | 8/12 | K | | |
| 33. – Chesapeake Energy Corp. | | | | | Sold | 8/31 | K | B | |
| 34. – Chesapeake Energy Corp. | | | | | Bought | 11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. – Chesapeake Energy Corp. | | | | | Sold | 12/07 | K | B | |
| 36. – Chesapeake Energy Corp. | | | | | Bought | 11/16 | J | | |
| 37. – Chesapeake Energy Corp. | | | | | Sold | 12/07 | J | A | |
| 38. –- CIA Saneamento Basico | | | | | Sold | 8/10 | J | A | |
| 39. – CIA Saneamento Basico | | | | | Sold | 8/10 | K | A | |
| 40. – Cleveland Cliffe Inc. | | | | | Bought | 1/21 | K | | |
| 41. – Cleveland Cliffs Inc. | | | | | Sold | 1/25 | K | A | |
| 42. – Cleveland Cliffs Inc. | | | | | Bought | 1/21 | J | | |
| 43. – Cleveland Cliffs Inc. | | | | | Sold | 1/25 | J | A | |
| 44. – COML Metals Co. | | | | | Bought | 2/16 | K | | |
| 45. – COML Metals Co. | | | | | Sold | 2/24 | K | B | |
| 46. – COML Metals Co. | | | | | Bought | 2/16 | K | | |
| 47. – COML Metals Co. | | | | | Sold | 2/24 | J | A | |
| 48. – Compahia Energetica | | | | | Bought | 1/31 | K | | |
| 49. – Companhia Energetica | | | | | Sold | 2/04 | K | B | |
| 50. – Companhia Energetica | | | | | Bought | 1/31 | J | | |
| 51. – Companhia Energetica | | | | | Sold | 2/04 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Companhia Energetica | | | | | Bought | 1/31 | J | | |
| 53. -- Companhia Energetica | | | | | Sold | 2/04 | J | A | |
| 54. -- Companhia Siderurgica E | | | | | Bought | 2/17 | K | | |
| 55. -- Companhia Siderurgica E | | | | | Sold | 2/24 | K | B | |
| 56. -- Companhia Siderurgica E | | | | | Bought | 2/17 | J | | |
| 57. -- Companhia Siderurgica E | | | | | Sold | 2/24 | J | A | |
| 58. -- Companhia Siderurgica E | | | | | Bought | 2/17 | J | | |
| 59. -- Companhia Siderurgica E | | | | | Sold | 2/24 | J | A | |
| 60. -- Companhia Siderurgica E | | | | | Bought | 8/09 | K | | |
| 61. -- Companhia Siderurgica E | | | | | Sold | 9/16 | K | B | |
| 62. -- Companhia Vale Do Rio | | | | | Bought | 3/01 | J | | |
| 63. -- Companhia Vale Do Rio | | | | | Sold | 8/09 | K | A | |
| 64. -- Companhia Vale Do Rio | | | | | Bought | 3/01 | K | | |
| 65. -- Companhia Vale Do Rio | | | | | Sold | 8/09 | K | A | |
| 66. -- Companhia Vale Do Rio | | | | | Bought | 3/01 | J | | |
| 67. -- Companhia Vale Do Rio | | | | | Sold | 8/09 | J | A | |
| 68. -- Consol Energy Inc. | | | | | Bought | 11/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- Consol Energy Inc. | | | | | Sold | 11/21 | L | B | |
| 70. -- Corning Inc. | | | | | Bought | 9/16 | K | | |
| 71. -- Corning Inc. | | | | | Sold | 11/18 | K | A | |
| 72. -- Energy Conversn Dev Inc. | | | | | Bought | 8/23 | J | | |
| 73. -- Energy Conversn Dev Inc. | | | | | Sold | 8/25 | K | A | |
| 74. -- Energy Conversn Dev Inc. | | | | | Bought | 8/23 | J | | |
| 75. -- Energy Conversn Dev Inc. | | | | | Sold | 8/25 | J | A | |
| 76. -- Energy Conversn Dev Inc. | | | | | Bought | 8/23 | J | | |
| 77. -- Energy Conversn Dev Inc. | | | | | Sold | 8/25 | J | A | |
| 78. -- Energy Conversn Dev Inc. | | | | | Bought | 8/23 | J | | |
| 79. -- Energy Conversn Dev Inc. | | | | | Sold | 8/25 | J | A | |
| 80. -- Energy Conversn Dev Inc. | | | | | Bought | 8/23 | J | A | |
| 81. -- Energy Conversn Dev Inc. | | | | | Sold | 8/25 | J | | |
| 82. -- Frontier Oil Corp. | | | | | Bought | 3/04 | J | | |
| 83. -- Frontier Oil Corp. | | | | | Sold | 3/22 | J | A | |
| 84. -- Frontier Oil Corp. | | | | | Bought | 3/02 | J | | |
| 85. -- Frontier Oil Corp. | | | | | Sold | 3/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. – Frontier Oil Corp. | | | | | Bought | 3/04 | K | | |
| 87. – Frontier Oil Corp. | | | | | Sold | 3/22 | K | A | |
| 88. – Giant Industries Inc. | | | | | Bought | 8/12 | K | | |
| 89. – Giant Industries Inc. | | | | | Sold | 8/30 | K | A | |
| 90. – Giant Indust8ies Inc. | | | | | Bought | 8/12 | K | | |
| 91. – Giant Industries Inc. | | | | | Sold | 8/30 | K | A | |
| 92. – Gol Linhas Aereas Intel | | | | | Bought | 12/22 | K | | |
| 93. – Gol Linhas Aereas Intel | | | | | Sold | 12/23 | K | A | |
| 94. – Gol Linhas Aereas Intel | | | | | Bought | 12/22 | J | | |
| 95. – Gol Linhas Aereas Intel | | | | | Sold | 12/23 | J | A | |
| 96. – Gol Linhas Aereas Intel | | | | | Bought | 12/22 | K | | |
| 97. – Gol Linhas Aereas Intel | | | | | Sold | 12/23 | K | A | |
| 98. – Gol Linhas Aereas Intel | | | | | Bought | 12/22 | J | | |
| 99. – Gol Linhas Aereas Intel | | | | | Sold | 12/23 | J | A | |
| 100. – Gol Linhas Aereas Intel | | | | | Bought | 12/22 | J | | |
| 101. – Gol Linhas Aereas Intel | | | | | Sold | 12/23 | J | A | |
| 102. – Ivanhoe Mines Ltd. | | | | | Bought | 6/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Ivanhoe Mines Ltd. | | | | | Sold | 7/14 | K | A | |
| 104. -- Ivanhoe Mines Ltd. | | | | | Bought | 6/29 | J | | |
| 105. -- Ivanhoe Mines Ltd. | | | | | Sold | 7/14 | J | A | |
| 106. -- Ivanhoe Mines Ltd. | | | | | Bought | 6/29 | J | | |
| 107. -- Ivanhoe Mines Ltd. | | | | | Sold | 7/14 | J | A | |
| 108. -- Ivanhoe Mines Ltd. | | | | | Bought | 6/29 | J | | |
| 109. -- Ivanhe Mines Ltd. | | | | | Sold | 7/14 | J | A | |
| 110. -- Komag Inc-W/I New | | | | | Sold | 2/04 | K | B | |
| 111. -- Lamson & Sessions Co. | | | | | Bought | 12/01 | K | | |
| 112. -- Lamson & Sessions Co. | | | | | Sold | 12/08 | K | A | |
| 113. -- Lamson & Sessions Co. | | | | | Bought | 12/01 | J | | |
| 114. -- Lamson & Sessions Co. | | | | | Sold | 12/08 | J | A | |
| 115. -- Lamson & Sessions Co. | | | | | Bought | 12/01 | J | | |
| 116. -- Lamson & Sessions Co. | | | | | Sold | 12/08 | J | A | |
| 117. -- Louisiama Pacific Corp. | | | | | Sold | 3/04 | K | B | |
| 118. -- Mine Safety Appliance Corp | | | | | Bought | 8/12 | J | | |
| 119. -- Mine Safety Appliance Corp | | | | | Sold | 8/23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. — Mine Safety Appliance Corp | | | | | Bought | 8/12 | K | | |
| 121. — Mine Safety Appliance Corp | | | | | Sold | 8/23 | K | A | |
| 122. — Mine Safety Appliance Corp | | | | | Bought | 8/12 | J | | |
| 123. — Mine Safety Appliance Corp | | | | | Sold | 8/23 | J | A | |
| 124. — Mine Safety Appliance Corp | | | | | Bought | 8/12 | K | | |
| 125. — Mime Safety Appliance Corp | | | | | Sold | 8/23 | K | A | |
| 126. — Mitsubishi UFJ Financial | | | | | Bought | 12/06 | L | | |
| 127. — Mitsubishi UFJ Financial | | | | | Sold | 12/19 | L | B | |
| 128. — Nexen Inc. | | | | | Bought | 6/16 | K | | |
| 129. — Nexen Inc. | | | | | Sold | 6/23 | K | B | |
| 130. — Nexen Inc. | | | | | Bought | 6/16 | J | | |
| 131. — Nexen Inc. | | | | | Sold | 6/23 | J | A | |
| 132. — Oregom Steel Mills Inc. | | | | | Bought | 1/25 | J | | |
| 133. — Oregom Steel Mills Inc. | | | | | Sold | 1/31 | J | A | |
| 134. — Oregon Steel Mills Inc. | | | | | Bought | 1/25 | K | A | |
| 135. — Oregon Steel Mille | | | | | Sold | 1/31 | K | A | |
| 136. — Oregon Steel Mills | | | | | Bought | 1/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Oregon Steel Mills | | | | | Sold | 1/31 | J | A | |
| 138. -- Posco Sponsored ADR | | | | | Sold | 2/16 | K | A | |
| 139. -- RPC Inc. | | | | | Bought | 12/09 | K | | |
| 140. -- RPC Inc. | | | | | Sold | 12/22 | K | A | |
| 141. -- RPC Inc. | | | | | Bought | 12/09 | J | | |
| 142. -- RPC, Inc. | | | | | Sold | 12/22 | J | A | |
| 143. -- RPC, Inc. | | | | | Bought | 12/09 | J | | |
| 144. -- RPC, Inc. | | | | | Sold | 12/22 | J | A | |
| 145. -- RPC, Inc. | | | | | Bought | 12/09 | J | | |
| 146. -- RPC, Inc. | | | | | Sold | 12/22 | J | A | |
| 147. -- RPC, Inc. | | | | | Bought | 12/09 | J | | |
| 148. -- RPC, Inc. | | | | | Sold | 12/22 | J | A | |
| 149. -- RPC, Inc. | | | | | Bought | 12/09 | J | | |
| 150. -- RPC, Inc. | | | | | Sold | 12/22 | J | A | |
| 151. -- RPC, Inc. | | | | | Bought | 12/09 | J | | |
| 152. -- RPC, Inc. | | | | | Sold | 12/22 | J | A | |
| 153. -- RPC, Inc. | | | | | Bought | 12/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- RPC, Inc. | | | | | Sold | 12/22 | J | A | |
| 155. -- Rowan Companies Inc. | | | | | Bought | 7/29 | K | | |
| 156. -- Rowan Companies Inc. | | | | | Sold | 8/10 | K | B | |
| 157. -- Smithfield Foods Inc. | | | | | Sold | 1/21 | K | A | |
| 158. -- Talisman Energy Inc. | | | | | Bought | 3/04 | K | | |
| 159. -- Talisman Energy Inc. | | | | | Sold | 6/14 | K | B | |
| 160. -- Titanium Metals Corp New | | | | | Bought | 11/21 | K | | |
| 161. -- Titanium Metals Corp New | | | | | Sold | 11/29 | K | A | |
| 162. -- Titanium Metals Corp New | | | | | Bought | 11/21 | K | | |
| 163. -- Titanium Metals Corp New | | | | | Sold | 11/29 | K | A | |
| 164. -- Titanium Metals Corp New | | | | | Bought | 11/21 | J | | |
| 165. -- Titanium Metals Corp New | | | | | Sold | 11/29 | J | A | |
| 166. -- Titanium Metals Corp New | | | | | Bought | 11/21 | K | | |
| 167. -- Titanium Metals Corp New | | | | | Sold | 11/29 | K | A | |
| 168. -- Todco CL A | | | | | Bought | 9/29 | K | | |
| 169. -- Todco CL A | | | | | Sold | 10/26 | K | B | |
| 170. -- Todco CL A | | | | | Bought | 9/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Todco CL A | | | | | Sold | 10/26 | K | B | |
| 172. -- Todco CL A | | | | | Bought | 9/29 | J | | |
| 173. -- Todco CL A | | | | | Sold | 10/26 | J | A | |
| 174. -- Unibanco | | | | | Bought | 2/04 | K | | |
| 175. -- Unibanco | | | | | Sold | 3/04 | K | B | |
| 176. -- Unibanco | | | | | Bought | 2/04 | J | | |
| 177. -- Unibanco | | | | | Sold | 3/04 | J | A | |
| 178. -- Westlake Chemical Corp | | | | | Bought | 2/24 | J | | |
| 179. -- Westlake Chemical Corp | | | | | Sold | 3/04 | J | A | |
| 180. -- Westlake Chemical Corp | | | | | Bought | 2/24 | K | | |
| 181. -- Westlake Chemical Corp | | | | | Sold | 3/04 | K | A | |
| 182. -- Wynn Resorts Ltd. | | | | | Bought | 11/02 | J | | |
| 183. -- Wynn Resorts Ltd. | | | | | Sold | 11/10 | J | A | |
| 184. -- Wynn Resorts Ltd. | | | | | Bought | 11/02 | K | | |
| 185. -- Wynn Resorts Ltd. | | | | | Sold | 11/10 | K | A | |
| 186. -- Wynn Resorts Ltd. | | | | | Bought | 11/02 | J | | |
| 187. -- Wynn Resorts Ltd. | | | | | Sold | 11/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Wynn Resorts Ltd. | | | | | Bought | 11/02 | J | | |
| 189. -- Wynn Resorts Ltd. | | | | | Sold | 11/10 | J | A | |
| 190. -- Wyn Resorts Ltd. | | | | | Bought | 11/02 | J | | |
| 191. -- Wynn Resorts Ltd. | | | | | Sold | 11/10 | J | A | |
| 192. -- Wynn Resorts Ltd. | | | | | Bought | 11/02 | J | | |
| 193. -- Wynn Resorts Ltd. | | | | | Sold | 11/10 | J | A | |
| 194. -- Wynn Resorts Ltd. | | | | | Bought | 11/02 | J | | |
| 195. -- Wynn Resorts Ltd. | | | | | Sold | 11/10 | J | A | |
| 196. JOINT TENANCY ACCOUNT | D | Dividend | N | T | Buy/Sell | 12/31 | N | D | |
| 197. -- AK Steel Holdings Corp | | | | | Bought | 1/6 | K | | |
| 198. -- AK Steel Holdings Corp | | | | | Sold | 1/14 | K | A | |
| 199. -- Companhia Vale Do Rio | . | | | | Bought | 1/14 | K | | |
| 200. -- Companhia Vale Do Rio | | | | | Sold | 2/18 | K | B | |
| 201. -- Cronos IEA Fund XII | C | Dividend | J | T | | | | . | |
| 202. -- Fleming Companies | | | J | .T | | | | | |
| 203. -- GMX Resources Inc. | | | | | Bought | 12/01 | J | | |
| 204. -- GMX Resources Inc. | | | | | Sold | 12/08 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Colunm C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -- GMX Resources Inc. | | | | | Bought | 12/01 | J | | |
| 206. -- GMX Resources Inc. | | | | | Sold | 12/08 | J | A | |
| 207. -- GMX Resources Inc. | | | | | Bought | 12/01 | J | | |
| 208. -- GMX Resources Inc. | | | | | Sold | 12/08 | J | A | |
| 209. -- GMX Resources Inc. | | | | | Bought | 12/01 | J | | |
| 210. -- GMX Resources Inc. | | | | | Sold | 12/08 | J | A | |
| 211. -- GMX Resources Inc. | | | | | Bought | 12/01 | K | | |
| 212. -- GMX Resources Inc. | | | | | Sold | 12/08 | K | A | |
| 213. -- GMX Resources Inc. | | | | | Bought | 12/01 | J | | |
| 214. -- GMX Resources Inc. | | | | | Sold | 12/08 | J | A | |
| 215. -- Imperial Chemical Indust | | | | | Bought | 2/15 | J | | |
| 216. -- Imperial Chemical Indust | | | | | Sold | 3/29 | J | A | |
| 217. -- Imperial Chemical Indust | | | | | Bought | 2/15 | J | | |
| 218. -- Imperial Chemical Indust | | | | | Sold | 4/20 | J | A | |
| 219. -- Imperial Chemical Indust | | | | | Bought | 2/15 | J | | |
| 220. -- Imperial Chemical Indust | | | | | Sold | 12/01 | J | A | |
| 221. -- Inland Monthly Income Fund II | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Ivanhoe Mines Ltd. | | | | | Bought | 9/08 | J | | |
| 223. -- Ivanhoe Mines Ltd. | | | | | Sold | 9/29 | J | A | |
| 224. -- Ivanhoe Mines Ltd. | | | | | Bought | 9/08 | J | | |
| 225. -- Ivanhoe Mines Ltd. | | | | | Sold | 9/29 | J | A | |
| 226. -- Ivanhoe Mines Ltd. | | | | | Bought | 9/08 | J | | |
| 227. -- Ivanhoe Mines Ltd. | | | | | Sold | 9/29 | J | A | |
| 228. -- Las Vegas Sands Corp. | | | | | Sold | 2/15 | K | B | |
| 229. -- Mitsubishi UFJ Financial | | | | | Bought | 9/29 | K | | |
| 230. -- Mitsubishi UFJ Financial | | | | | Sold | 11/02 | J | A | |
| 231. -- Mitsubishi UFJ Financial | | | | | Bought | 9/29 | J | | |
| 232. -- Mitsubishi UFJ Finamcial | | | | | Sold | 11/02 | J | A | |
| 233. -- Repsol YPF S.A. | | | | | Bought | 2/18 | K | | |
| 234. -- Repsol UPF S.A. | | | | | Sold | 8/03 | K | A | |
| 235. -- Shaw Group Inc. | | | | | Bought | 11/02 | J | | |
| 236. -- Shaw Group Inc. | | | | | Sold | 12/01 | J | A | |
| 237. -- Shaw Group Inc. | | | | | Bought | 11/02 | J | | |
| 238. -- Shaw Group Inc. | | | | | Sold | 12/01 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MAHAN, James C | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -- Shaw Group Inc. | | | | | Bought | 11/02 | J | | |
| 240. -- Shaw Group Inc. | | | | | Sold | 12/01 | J | A | |
| 241. -- Shaw Group Inc. | | | | | Bought | 11/02 | J | | |
| 242. -- Shaw Group Inc. | | | | | Sold | 12/01 | J | A | |
| 243. -- Statoil ASA Spon ADR | | | | | Bought | 8/03 | J | | |
| 244. -- Statoil ASA Spon ADR | | | | | Sold | 8/31 | J | A | |
| 245. -- Statoil ASA Spon ADR | | | | | Bought | 8/03 | J | | |
| 246. -- Statoil ASA Spon ADR | | | | | Sold | 8/31 | J | A | |
| 247. -- Statoil ASA Spon ADR | | | | | Bought | 8/03 | J | | |
| 248. -- Statoil ASA Spon ADR | | | | | Sold | 8/31 | J | A | |
| 249. -- Statoil ASA Spon ADR | | | | | Bought | 8/03 | J | | |
| 250. -- Statoil ASA Spom ADR | | | | | Sold | 8-31 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C | 04/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████ Date April 28 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544